UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | § § § |
| v. | §   No. A-20-CR-00289-RP |
| **(4) ASHLEY LARUE,** *Defendant* | § § § § |

# ORDER

Before the Court is Defendant's Motion to Amend Conditions of Release, Dkt. 418. The District Court referred the motion to the undersigned for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(B), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 419. Defendant seeks to modify the Order Setting Conditions of Release, Dkt. 172, to remove condition 7(q), which requires Defendant to be subject to location monitoring. Dkt. 418.

The Government and U.S. Pretrial Services do not oppose the motion. *Id.* The motion notes that Defendant has been in full compliance with the terms of her release, including obtaining drug and mental-health treatment, submitting to and passing random drug tests, and maintaining full-time employment. *Id.*

For all of these reasons, the Court **GRANTS** Defendant's Motion to Amend Conditions of Release, Dkt. 418, and hereby modifies the Order Setting Conditions of Release, Dkt. 172, to remove Condition 7(q), which requires Defendant to "submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided."

2

SIGNED March 4, 2022.

                                               DUSTIN M. HOWELL
                                               UNITED STATES MAGISTRATGE JUDGE